UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

| | |
|---|---|
| PATRICK CODY,<br>    Plaintiff<br><br>v.<br><br>SPRINGFIELD TERMINAL<br>RAILWAY COMPANY<br><br>And<br><br>BOSTON AND MAINE<br>CORPORATION<br>    Defendants | )<br>)<br>)<br>)   CIVIL DOCKET NO. 05-10290 PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the defendants in the above-captioned case.

Dated this 15th day of March, 2005.

                              DEFENDANTS,
                              Springfield Terminal Railway Company
                              And Boston and Maine Corporation,
                              By their attorney,

                              _____
                              James J. Walsh (BBO #514560)
                              HERLIHY, THURSBY AND HERLIHY, LLP
                              133 Federal Street
                              Boston, MA 02110
                              (617) 426-6100
                              jwalsh@hthlaw.com

**CERTIFICATE OF SERVICE**

I, James J. Walsh, counsel for defendants, hereby certify that I have this day, 3-15, 2005, served a copy of the foregoing document on the plaintiff herein by mailing same, postage prepaid, to:

| | |
|---|---|
| Thomas J. Joyce, III, Esq. | Michael J. McDevitt |
| HANNON & JOYCE | LAWSON & WEITZEN, LLP |
| Public Ledger Building, Suite 1000 | 88 Black Falcon Ave, # 345 |
| 150 South Independence Mall West | Boston, MA  02210 |
| Philadelphia, PA  19106-3413 | (617) 439-4990 |

_____
James J. Walsh