UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Patrick Cody

            Plaintiffs,            CIVIL ACTION
                                                  NO.   05-10290-PBS

    v.

Springfield Terminal Railway Co., et al
           Defendants.

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                             May 10, 2005

     The Scheduling Conference previously scheduled for May 19, 2005, has been **rescheduled** to **May 18, 2005, at 4:15 p.m.**

                                                                             By the Court,

                                                                             _./s/ Robert C. Alba_
                                                                             Deputy Clerk

Copies to:  All Counsel

resched.ntc