May 17, 2005

Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA   02210

Re:    Patrick Cody vs. Springfield Terminal Railway Company and
       Boston & Maine Corporation
       Case No. 05-10290-PBS

Dear Judge Saris:

       Please note our representation of the Plaintiff in the above-captioned FELA
personal injury action.

       Please be advised that Michael J. McDevitt, Plaintiff's local counsel, will attend
the Scheduling Conference on May 18, 2005 at 4:15 P.M.  I will be available, if needed,
to participate by telephone in the conference.

       If you have any questions or need additional information, please do not hesitate to
contact me.  Thank you for your time and consideration.

                                        Respectfully,

                                        /s/ Thomas J. Joyce, III

                                        THOMAS J. JOYCE, III

TJJ:mgm
cc:    Michael J. McDevitt, Esquire
       James J. Walsh, Esquire