**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Patrick Cody
        Plaintiff

                                                                                                            CIVIL ACTION
     V.                                                                                                       NO. 05-10290-PBS

Springfield Terminal Railway Co., et al.
        Defendant

**ORDER OF REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

|  |  |  |  |
|---|---|---|---|
| _____ | EARLY NEUTRAL EVALUATION | \_\_X\_\_ | MEDIATION: Fall, 2005 |
| _____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ | SETTLEMENT CONFERENCE | _____ | SPECIAL MASTER |
| _____ | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM |  |  |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                                                                                HON. PATTI B. SARIS
                                                                                                UNITED STATES DISTRICT JUDGE
                                                                                                BY: /s/ Robert C. Alba
DATE: May 18, 2005                                                                         DEPUTY CLERK

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | | _____ | |