UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Patrick Cody,

Plaintiff(s),                                CIVIL ACTION
                                             NO. 05-10290-PBS

v.

Springfield Terminal railway Co., Inc.,

Defendant(s).


**PRETRIAL ORDER**


SARIS, D.J.                                        May 18, 2005


The above action has been set down for a JURY TRIAL on 4/10/06, at 9:00 a.m.

A FINAL PRETRIAL CONFERENCE has been scheduled for 4/3/06, at 2:00 p.m..

By 3/3/06, the parties shall make pretrial disclosures as required by Fed. R. Civ. P.

26(a)(3).

Objections to the pretrial disclosures shall be served and filed by 3/17/06.

By 3/27/06, the parties shall file a joint pretrial memorandum in accordance with L.R.

16.5(d).  Counsel are required to confer fifteen days before the final pretrial conference for the

purpose of preparing the joint pretrial memorandum.

By 3/20/06, the parties shall file/serve proposed jury instructions, proposed voir dire

questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition

testimony.

By 3/27/06, the parties shall file/serve opposition to motions in limine, any objections to

witnesses or exhibits, and counter-designations of deposition testimony.

---

[1]Exhibits shall be premarked with one set of exhibit numbers.  There should be no duplicative exhibit numbers.  For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc...  Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2]It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

Trial briefs shall be filed/served by <u>4/3/06</u>.

By the Court,


<u>/s/ Robert C. Alba</u>
Deputy Clerk