UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Patrick Cody
Plaintiff,

     V.          Civil Action Number
                 05-10290-PBS

Springfield Terminal Railway Co., et al
Defendant.            May 18, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/2/06

Plaintiff's expert designation deadline: 1/14/06

Defendant's expert designation deadline: 12/14/05

Expert discovery deadline: 2/14/06

Summary Judgment Motion filing deadline: 2/13/06

Opposition to Summary Judgment Motions: 2/27/06

Final Pretrial Conference: 4/3/056 at 2:00 p.m.

Jury Trial: 4/10/06 at 9:00 p.m.

Case to be referred to Mediation program: Fall, 2005

                By the Court,

                /s/ Robert C. Alba
                Deputy Clerk