**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PATRICK CODY
        Plaintiff

V.

SPRINGFIELD TERMINAL RAILWAY,
        Defendant

CIVIL ACTION

NO.   05-10290-PBS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   SARIS

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]   On _____ I held the following ADR proceeding:

    ___ SCREENING CONFERENCE      ___ EARLY NEUTRAL EVALUATION
    ___ MEDIATION      ___ SUMMARY BENCH / JURY TRIAL
    ___ MINI-TRIAL      ___ SETTLEMENT CONFERENCE

[ ]   All parties were represented by counsel  [except _____ ]

[ ]   The parties were present in person or by authorized corporate officer

The case was:

[ ]   Settled.  A _____ day order of dismissal has been entered.

[ ]   There was progress.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

[X]   Other: Despite efforts, the court has not been able to schedule mediation.  Counsel for Defendant indicated that he thought the case had settled, but that has not been confirmed.  The case should be returned to your trial list.

  12/13/05                              /s/ Kenneth P. Neiman
    DATE                                  ADR Provider

                                         KENNETH P. NEIMAN, U.S. Magistrate Judge