## HERLIHY, THURSBY AND HERLIHY, LLP
### COUNSELLORS AT LAW

JOHN J. C. HERLIHY
(1927-2003)

KAREN M. THURSBY
T. MARK HERLIHY

133 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110
TELEPHONE (617) 426-6100
FAX (617) 482-0288

JAMES J. WALSH
NANCY J. CAMPANY
ELLEN M. HERLIHY

December 14, 2005

Clerk Bethany Healy
U.S. District Court
1550 Main Street
Springfield, MA 01103

RE: **Patrick Cody**
    **VS. Springfield Terminal Railway Company**
    **CIVIL ACTION NO. 05-10290 PBS**

Dear Clerk Healy:

My client advises that this case is settled, but payment has not yet been made. The client hopes to forward payment to Attorney Joyce within 60 days.

Thank you for your attention to this matter.

Very truly yours,

James J. Walsh

JJW:mm
Enclosures
cc: Thomas J. Joyce, III
    Michael J. McDevitt